UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

D'ARRIGO BROS. CO. OF NEW YORK,
INC.,                                                    24-cv-3319 (JGK)

                         Plaintiff,            ORDER

          - against -

JAMES CORRADO, INC., ET AL.,

                         Defendants.
———————————————————————————

JOHN G. KOELTL, District Judge:

     The plaintiff is directed to file an appropriate order to

show cause for a default judgment supported by an affirmation and

supporting papers by **August 2, 2024.**

SO ORDERED.

Dated:     New York, New York
           July 19, 2024            _____
                                         John G. Koeltl
                                    United States District Judge