UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

          Plaintiff,

- against -

JAMES CORRADO, INC., ET AL.,

          Defendants.

24-cv-3319 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On July 9, 2024, the Clerk of Court issued a certificate of default against the defendants. ECF No. 20. On July 22, 2024, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 27. The plaintiff served the order to show cause on the defendants on the same day. ECF No. 28. The time to respond to the order to show cause was August 5, 2024, see ECF No. 27, but to date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:    New York, New York
            August 8, 2024

                                                  _____
                                                    John G. Koeltl
                                               United States District Judge