UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

              Plaintiff,

-v-                                      CIVIL ACTION NO. 24 Civ. 3319 (JGK) (SLC)

JAMES CORRADO, INC., et al.,                **ORDER**

              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 9, 2024, the Court directed Plaintiff to serve on Defendants: (1) declarations and a memorandum of law regarding Defendants' liability, damages, and accrued attorneys' fees (ECF Nos. 23–25 (the "Liability and Damages Submissions")) and (2) a copy of the order issuing the directive. (ECF No. 32 (the "Aug. 9 Order")). The same day, Plaintiff filed proof of service of the Aug. 9 Order. (ECF No. 33). It has not, however, filed by its August 16, 2024 deadline proof of service of the Liability and Damages Submissions as required by the Aug. 9 Order.

As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to serve the Liability and Damages Submissions and Aug. 9 Order on Defendants to **Friday, August 23, 2024**. Plaintiff must also serve a copy of this Order on Defendants and file proof of service of each item on the docket by **Monday, August 26, 2024**.

In light of Plaintiff's extended deadline, Defendants' deadline to respond to Plaintiff's Liability and Damages Submissions is EXTENDED to **Friday, September 13, 2024.** IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S LIABILITY AND DAMAGES SUBMISSIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY THE DATE THEIR RESPONSE IS DUE, I INTEND TO

1

ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'") (quoting Fustok v. ContiCommodity Services Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Dated:   New York, New York
         August 20, 2024

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL**: |  |

3