UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D'ARRIGO BROS. CO. OF NEW YORK, INC.,
                    Plaintiff(s)

24 civ 3319 (JGK)

        -against-

JAMES CORRADO, INC., et al,
                    Defendant(s).
-----------------------------------------------------------------X

        The matter having been referred to the magistrate judge for inquest on damages,

        The conference scheduled for Tuesday, September 17, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 6, 2024