```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

        Plaintiff,

- against -

JAMES CORRADO, INC., ET AL.,

        Defendants.

24-cv-3319 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for conference in connection with the plaintiff's request for entry of judgment on **Thursday, January 30, 2025**, at **11:00 a.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:   New York, New York
             January 21, 2025

                                        /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge